

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2014

No. 04-14-00015-CV

**INTEREST OF BLJP**,

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 12-05-28687-CV
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

On May 28, 2014, we issued a show cause order for failure to file the appellee's brief. Appellee's counsel responded by letter stating that she did not receive a copy of the appellant's brief. Appellant's counsel filed a letter reply stating that the appellant's brief was filed on April 4, 2014 and an email confirming the filing was sent to both parties by the Clerk of this Court. Appellant's counsel also stated that he emailed a copy of appellant's brief to appellee's counsel on April 4, 2014 and received no notice that the attachment was omitted. Appellee requests guidance from this Court but does not request an extension of time to file the appellee's brief. Accordingly, it is ORDERED that the appellee's brief must be filed in this court *within ten (10) days* from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court